# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-106-FDW

| | |
|---|---|
| DEREK SHANE GOODSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )     **ORDER** |
| | ) |
| LT. FNU SHARP, et al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiff's Motion Requesting Status of Summons, (Doc. No. 15), in which Plaintiff states that he filled out the summons forms he received from this Court and mailed the summons to Defendants, and he is seeking directions from the Court as to the next step.

This Court's order on initial review directed Plaintiff to return the completed summons forms to the Court for service on Defendants by the U.S. Marshal. The Court will therefore instruct the Clerk to resend Plaintiff summons forms so that he can fill out the forms and <u>return them to the Court for service by the U.S. Marshal</u>, rather than mailing them directly to Defendants.

**IT IS THEREFORE ORDERED** that:

(1) Plaintiff's Motion Requesting Status of Summons, (Doc. No. 15), is **GRANTED** to the extent that the Court has now responded to Plaintiff's motion.

1

(2)	In accordance with this Order, the Clerk is directed to mail summons forms to Plaintiff for Plaintiff to fill out and <u>return to the Court</u> for service on Defendants by the U.S. Marshal.

Frank D. Whitney
Chief United States District Judge